**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-6531

KENNETH V. AWE,

                    Plaintiff – Appellant,

          v.

HAROLD CLARKE, Director of VDOC; V. M. WASHINGTON, Warden
GRCC; B. WRIGHT, Warden GRCC; WARDEN  BOONE, Warden of
GRCC; DR. TESEMMA, M.D. of GRCC; FRED SCHILLING, Health
Service Director,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.   Raymond A. Jackson, District
Judge.  (2:11-cv-00511-RAJ-LRL)

Submitted:  June 26, 2014            Decided:  June 30, 2014

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Kenneth V. Awe, Appellant Pro Se. James Milburn Isaacs, Jr.,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Awe seeks to appeal the district court order dismissing without prejudice his action brought under the Americans with Disabilities Act, 42 U.S.C. §§ 12132-12134 (2012), for failure to state a claim. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Awe seeks to appeal is neither a final order nor an appealable interlocutory or collateral order, as Awe may be able to save his action by amending his complaint to cure the pleading deficiencies that were identified by the district court. Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED